BENJAMIN B. WAGNER
United States Attorney
KIMBERLY A. SANCHEZ
Assistant U.S. Attorney
4401 Federal Building
2500 Tulare Street
Fresno, CA  93721
Telephone: (559) 497-4000

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:12-cr-00417 LJO |
| Plaintiff, | STIPULATION AND ORDER FOR EXTENSION OF TIME FOR GOVERNMENT TO FILE RESPONSE TO DEFENDANT'S MOTION TO SUPPRESS |
| v. | |
| MICHAEL ANGEL ESPINOZA, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between Benjamin B. Wagner, United States Attorney and Kimberly A. Sanchez, Assistant U.S. Attorney and Andras Farkas, Assistant Federal Defender, attorney for defendant, that the due date of February 25, 2013 for the government's response to defendant's motion to suppress be extended to March 1, 2013 and due date of March 1, 2013 be extended to March 7, 2013.  The hearing on said motions is scheduled for March 11, 2013, and there is no request to move that hearing date.

The government has had a number of due dates this week, including a Ninth Circuit brief due for review to the appellate chief, assistance on an arrest that required much more time than

reasonably anticipated, and responses to various other professional requests.  As such, the government requests the extra time to complete its response to the defendant's motion to suppress evidence.

Dated: February 22, 2013          Respectfully submitted,

                                  BENJAMIN B. WAGNER
                                  United States Attorney

                            By    /s/ Kimberly A. Sanchez
                                  KIMBERLY A. SANCHEZ
                                  Assistant U.S. Attorney

Dated: February 22, 2013           /s/ Andras Farkas
                                  ANDRAS FARKAS
                                  Assistant Federal Defender
                                  Attorney for Defendant

IT IS SO ORDERED.

**Dated:   February 23, 2013**          /s/  **Lawrence J. O'Neill**
                                  UNITED STATES DISTRICT JUDGE