JOSEPH SCHLESINGER, Bar #87692
Acting Federal Defender
ANDRAS FARKAS, Bar #254302
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
MICHAEL ANGEL ESPINOZA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 1:12-CR-00417 LJO-SKO |
| Plaintiff, ) | |
| v. ) | STIPULATION TO CONTINUE STATUS CONFERENCE HEARING;  ORDER |
| MICHAEL ANGEL ESPINOZA, ) | Date:    May 6, 2013 |
| Defendant. ) | Time:    8:30 A.M. |
| ) | Judge:   Hon. Lawrence J. O'Neill |

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective attorneys of record herein, that the status conference hearing in the above captioned matter now set for April 8, 2013, **may be continued to May 6, 2013, at 8:30 A.M. before Judge O'Neill.**

This continuance is requested by counsel for the defendant.  Since the last hearing on March 18, 2013, counsel have actively engaged in plea negotiations which resulted in a tentative agreement which was forwarded to defense counsel on the morning of Thursday, April 4, 2013.  Counsel has reviewed the agreement with the defendant, who needs additional time to consider the offer.  The requested continuance will conserve time and resources for both counsel and the court.  Assistant United States Attorney Kimberly A. Sanchez has no objection to this request.

///

///

///

1  The parties agree that time shall be excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B) in that the ends of justice served by the continuance outweigh the interest of the public and the defendant in a speedy trial, including, but not limited to, the need for the period of time set forth herein for effective defense preparation and continuing plea negotiation purposes.

```
                                          BENJAMIN B. WAGNER
                                          United States Attorney


DATED:  April 5, 2013                     /s/  Kimberly A. Sanchez
                                          KIMBERLY A. SANCHEZ
                                          Assistant United States Attorney
                                          Attorney for Plaintiff



                                          JOSEPH SCHLESINGER
                                          Acting Federal Defender


DATED:  April 5, 2013                     /s/  Andras Farkas
                                          ANDRAS FARKAS
                                          Assistant Federal Defender
                                          Attorney for Defendant
                                          Michael Angel Espinoza
```

**O R D E R**

**IT IS SO ORDERED.**  For the reasons set forth above, the continuance requested is granted for good cause.  The Court finds that the interest of justice outweighs the interests of the public and defendant in a speedy trial, and time is excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B).

IT IS SO ORDERED.

Dated:   **April 5, 2013**              /s/  Lawrence J. O'Neill
                                        UNITED STATES DISTRICT JUDGE