| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, CA Bar #122664 |
| | Federal Defender |
| 2 | ERIN SNIDER, CA Bar #304781 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, California 93721-2226 |
| | Telephone: (559) 487-5561 |
| 5 | |
| | Attorney for Defendant |
| 6 | MICHAEL ANGEL ESPINOZA |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 1:12-cr-00417-LJO-SKO |
| | ) | |
| Plaintiff, | ) | ORDER GRANTING TEMPORARY RELEASE |
| | ) | |
| vs. | ) | |
| | ) | |
| MICHAEL ANGEL ESPINOZA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Upon consideration of Defendant Michael Angel Espinoza's motion for temporary release, IT IS HEREBY ORDERED that the motion is GRANTED. Mr. Espinoza is released to the third party custody of Stephanie Ramirez for the purpose of attending the funeral services of Javier Espinoza. Mr. Espinoza shall be released at 9:30 a.m. on May 31, 2017. While on temporary release, Defendant shall not ingest any controlled substance and/or alcohol, shall not commit another state, federal or local crime, shall not leave the personal observation of his third

//

//

//

//

//

party custodian, Ms. Ramirez, and shall comply with any and all instructions of the third party custodian. He shall return to the Fresno County Jail no later than 2:00 p.m. on May 31, 2017.

IT IS SO ORDERED.

Dated:   **May 30, 2017**

_____
UNITED STATES MAGISTRATE JUDGE