IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 1:12-cr-00417-001 LJO |
|---|---|
| Plaintiff, | ORDER OF RELEASE |
| v. | |
| MICHAEL ANGEL ESPINOZA, | |
| Defendant. | |

The above named defendant has been accepted to the Fresno Rescue Mission Academy Drug Treatment Program located in Fresno, California for a period of up to 18 Months.

IT IS HEREBY ORDERED that the defendant shall be released to Michael Shively on Tuesday, August 1, 2017 at 1:00pm for transportation directly to the inpatient drug treatment facility.

IT IS SO ORDERED.

Dated: **July 31, 2017**          /s/ Lawrence J. O'Neill
                                  UNITED STATES CHIEF DISTRICT JUDGE